**O**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4757 PSG (RCx) | Date | June 15, 2010 |
|---|---|---|---|
| Title | Marcos Antonio Lomeli v. Eric H. Holder | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order Re: Petitioner's Motion for Access to the Courts**

Before the Court is Petitioner's motion for an order to allow Petitioner access to the courts. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of the motion, the Court GRANTS in part and DENIES in part the motion.

Petitioner is in the custody of the Sheriff's Office in Pinal County, Arizona, under the authority of United States Immigration and Customs Enforcement ("ICE"). On June 2, 2010, Petitioner filed the present motion for an order directing the Pinal County Sheriff's Office to allow him ten hours per week in the law library. The Court construes this request as a motion for a preliminary injunction.

"A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.,* 129 S. Ct. 365, 374, 172 L. Ed. 2d 249 (2008) (citations omitted). A federal court, however, may issue an injunction only "if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." *See Zepeda v. United States Immigration Service,* 753 F.2d 719, 727 (9th Cir. 1985). As the Pinal County Sheriff's Office is not a party to this action, the Court lacks jurisdiction to issue the requested injunction. *See Zepeda,* 753 F.2d at 727. Petitioner's motion for an order directing the Pinal County Sheriff's Office to allow him ten hours per week in the law library is therefore DENIED.

**O**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-4757 PSG (RCx) | Date | June 15, 2010 |
|---|---|---|---|
| Title | Marcos Antonio Lomeli v. Eric H. Holder | | |

      The Court does find, however, that Petitioner has demonstrated good cause–namely, limited access to the law library–to extend the deadline for filing his opposition to the motion to dismiss that is currently pending before the Court.  That motion, filed by Defendant Eric H. Holder, Jr., is currently set for hearing on June 21, 2010.  *See* Dkt # 10.  The Court hereby CONTINUES that hearing date to **August 23, 2010 at 1:30pm**.  Petitioner's deadline to file an opposition is therefore **August 2, 2010**.

      **IT IS SO ORDERED.**